■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LOPEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (O'Brien, J.), rendered May 23, 1984, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Inasmuch as the defendant failed to object to the trial court's charge or to request further instructions, the claimed errors were not preserved for appellate review as a matter of law *(see, People v Thomas,* 50 NY2d 467, 473-474). Furthermore, the defendant's sentence was neither harsh nor excessive. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL MALDONADO, Also Known as SAM LOPEZ, Appellant.—Appeal by the defendant from two judgments of the County Court, Nassau County (Samenga, J.), both rendered October 23, 1979, convicting him of burglary in the first degree under indictment No. 48943, and robbery in the first degree under indictment No. 48944, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.